UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>E. LUKE, et al.,<br><br>　　　　Defendants. | Case No. CV 08-4179-DOC (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /

/ / /

/ / /

IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting the Defendants' Motion to Dismiss all claims against Defendants E. Luk, N. Greenman, G. Barter, and D. Engler without leave to amend; and (3) directing that judgment be entered dismissing the First Amended Complaint with prejudice.

DATED: January 8, 2010

HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge