JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS CLINTON, | ) | Case No. CV 08-4179-DOC (OP) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| E. LUKE, et al., | ) | |
| Defendants | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ADJUDGED that the First Amended Complaint is dismissed with
2  prejudice.

3  DATED: *January 8, 2010*  /s/ David O. Carter
4  HONORABLE DAVID O. CARTER
   United States District Judge

7  Prepared by:

9  /s/
10 HONORABLE OSWALD PARADA
   United States Magistrate Judge